UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

---------------------------------------------------------------------x
                                                                     :
In re:                                                               :
                                                                     :       Chapter 7
    **VAN RENTAL CO., INC.,**                    :
                                                                     :       Case No. 11-42390
          Debtor.   :
---------------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Van Rental Co., Inc., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Dated:    April 6, 2011        
             Brooklyn, New York      Joseph Y. Balisok
                                                    Signature of Attorney or Litigant
                                                      Counsel for Van Rental Co., Inc.

                                                      Law Office of Joseph Y. Balisok, LL.M. (Tax) PC
                                                      1650 Eastern Parkway, Ste 303
                                                      Brooklyn, NY 11233
                                                      Ph: (718) 928-9607 - Fax: (718) 559-6923