UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                         Chapter 7

VAN RENTAL CO., INC.,                  Case No. 11-42391 (NHL)

                    Debtor.
-------------------------------------------------------------x

## ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 707(a)

**UPON** a hearing held on May 14, 2014 (the "**Hearing**") before the Honorable Nancy H. Lord, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York in connection with a related bankruptcy case captioned Image Rent A Car, Inc. and assigned case number 11-42390-NHL, it is hereby

**ORDERED**, that the above-captioned debtor's case is dismissed pursuant to 11 U.S.C. § 707(a); and, it is further

**ORDERED,** that the Trustee is authorized to do such things, execute such documents and expend such funds as may be necessary to effectuate the terms and conditions of this Order.



Dated: May 23, 2014                                                          /s/ Nancy Hershey Lord
      Brooklyn, New York                                     **Nancy Hershey Lord**
                                                          **United States Bankruptcy Judge**